IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA F. COSTES,<br><br>      Plaintiff,<br><br>v.<br><br>WAYNE INDUSTRIES, a division of EBSCO INDUSTRIES, INC.,<br><br>      Defendant. | Civil Action No.:<br>2:08-cv-94-CSC<br><br>**UNOPPOSED** |

## MOTION TO EXTEND TIME IN WHICH TO PLEAD OR OTHERWISE ANSWER

Defendant Wayne Industries respectfully requests this Court extend the current deadline to file an answer or other responsive pleading by twenty (20) days. In support of this motion, Wayne Industries states as follows:

1. The answer in this action is currently due on Monday March 10, 2008.

2. Counsel for Wayne Industries moved firms on Tuesday March 4, 2008 and the file for this matter is in the process of being transferred to their current firm Littler Mendelson, P.C., but it is not now in the custody of Littler Mendelson and may not be sent for several days.

3.   Counsel for Plaintiff does not oppose an extension of twenty (20) days, given the circumstances.

WHEREFORE, Wayne Industries respectfully request this Court allow it until March 31, 2008 to file an answer or other responsive pleading in this matter.

Respectfully submitted this 7th day of March, 2008

                                          s/ Stacey T. Bradford
                                          James P. Alexander
                                          Stacey T. Bradford
                                          LITTLER MENDELSON, P.C.
                                          Wachovia Tower
                                          Suite 2730
                                          420 20th Street North
                                          Birmingham, AL  35203
                                          Telephone: 205.421.4700
                                          Facsimile: 205.421.4699
                                          Email: sbradford@littler.com

                                          Attorney for Defendant
                                          Wayne Industries, a division of EBSCO Industies, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Third Floor
Birmingham, AL 35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants.

None.

Respectfully submitted

/Stacey T. Bradford
OF COUNSEL

Firmwide:84521931.1 800000.3500