IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LINDA F. COSTES, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:08cv94-MHT |
| ) | |
| WAYNE INDUSTRIES, ) | |
| a division of EBSCO, ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the motion to extend time in which to plead or otherwise answer (Doc. No. 6) is granted.

DONE, this the 12th day of March, 2008.

                   /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE