IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LINDA F. COSTES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No.** |
| v. | ) **2:08-CV-94-CSC** |
| | ) |
| **WAYNE INDUSTRIES, a division of** | ) |
| **EBSCO INDUSTRIES, INC. ,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 Wayne Industries, LLC submits the following corporate disclosure statement. Wayne Industries, LLC is a wholly owned subsidiary of EBSCO Industries, Inc., a privately held corporation whose shares are not traded on any exchange.

Respectfully submitted this ___ day of March, 2008

                                            s/ Stacey T. Bradford
                                            James P. Alexander
                                            Stacey T. Bradford

                                            LITTLER MENDELSON, P.C.
                                            Wachovia Tower
                                            Suite 2730
                                            420 20th Street North
                                            Birmingham, AL  35203
                                            Telephone: 205.421.4700
                                            Facsimile: 205.421.4699
                                            Email: sbradford@littler.com

                                            Attorneys for Defendant
                                            Wayne Industries, a division of EBSCO
                                            Industries, Inc.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David Arendall
Allen Arnold
Arendall & Associates
2018 Morris Avenue
Birmingham, AL  35203

    and I here by certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                                            s/Stacey T. Bradford
                                            Of Counsel