IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LINDA F. COSTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:08cv94-MHT |
| ) | |
| WAYNE INDUSTRIES, LLC, ) | |
| a division of EBSCO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion to amend and restate complaint (Doc. No. 12) is granted. The court assumes that defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 11th day of April, 2008.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE