IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA F. COSTES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | |
| ) | |
| WAYNE INDUSTRIES, a division ) | |
| of EBSCO, ) | 08-CV-94-CSC |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the parties, by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice, each party to bear hers or its own costs.

_____
James P. Alexander
Stacey T. Bradford
Littler Mendelson, P.C.
420 20th Street North
Suite 2730
Birmingham, AL 35203
Phone: 205-421-4700

Attorneys for Defendant
Wayne Industries, Inc.,
a division of EBSCO, Inc.

_____
David R. Arendall, Esq.
Allen D. Arnold, Esq.
Arendall & Associates
2018 Morris Avenue
Birmingham, Alabama 35203

Attorneys for Plaintiff
Linda F. Costes